IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| CHARLES A. SMITH, SR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>D.C. 1980, INC.; D.C. 1980, INC. f/k/a )<br>CONNECTICUT VALLEY ARMS, INC.; )<br>BLACKPOWDER PRODUCTS, INC.; )<br>CONNECTICUT VALLEY ARMS, INC.; )<br>and DIKAR S. COOP. LTDA., )<br>)<br>Defendants. ) | CIVIL ACTION<br>NO. 1:08CV00046 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(ii), hereby dismisses the above matter, and all claims which are or could have been a part hereof, with prejudice. Each party will bear their own costs, expenses, and attorneys' fees.

This _____ day of January, 2010.

Presented by:

_____
J.D. Morefield
VSB No. 13675
Morefield & Largen
Post Office Box 1327
Abingdon, Virginia 24212-1327
*Counsel for Charles A. Smith, Sr.*

Stipulated to:

_____
James E. Singer
Georgia Bar No. 649028
Bovis, Kyle & Burch
200 Ashford Center North

Suite 500
Atlanta, Georgia 30338-2668

- and -

W. Bradford Stallard
VSB No. 28149
Penn, Stuart & Eskridge
P.O. Box 2288
Abingdon, Virginia 24212

*Counsel for Defendants*